# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Iryna Komarnytska, et al,

Plaintiff(s),

v.

Merrick B. Garland, et al,

Defendant(s).

Case No. 24 cv 177
Judge Joan B. Gottschall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This case is voluntarily dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Joan B. Gottschall on a motion to dismiss [9].

Date: 5/6/2024

Thomas G. Bruton, Clerk of Court

Marlan Cowan, Deputy Clerk